UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RONALD EUGENE CRAM,                        Civil No. 0:07-CV-1558 (PJS/JJG)

      Petitioner,

v.

                                     ORDER ADOPTING REPORT AND
JOAN FABIAN, Commissioner of              RECOMMENDATION
Corrections,

      Respondent.

---

    Deborah K. Ellis, ELLIS LAW OFFICE, for petitioner.

    Mark Nathan Lystig, RAMSEY COUNTY ATTORNEY'S OFFICE, for respondent.

    This matter is before the Court on petitioner Ronald Eugene Cram's objection to the August 7, 2008 Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham. The Court has reviewed de novo those portions of the R&R to which Cram has objected, as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The Court overrules Cram's objection and adopts Judge Graham's thorough and well-reasoned R&R.

ORDER

    Based on the foregoing and on all of the files, records, and proceedings herein, the Court OVERRULES Cram's objection [Docket No. 14] and ADOPTS Judge Graham's Report and Recommendation [Docket No. 10]. Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Petitioner Ronald Eugene Cram's petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Docket No. 1] is DENIED.

    2.       This action is DISMISSED WITH PREJUDICE AND ON THE MERITS.


Dated:  October 9, 2008                          s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge